UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20577-CIV-ALTONAGA/Reid

In re:
**THE COMPLAINT OF BRP
CORPORATE SERVICES LLC**
_____/

## ORDER

**THIS CAUSE** came before the Court upon review of the record and Petitioner, BRP Corporate Services LLC's Complaint for Exoneration from or Limitation of Liability ("Petition") [ECF No. 1], pursuant to 46 U.S.C. section 30501 *et seq.*, the Shipowner's Limitation of Liability Act.  Supplemental Rule of Civil Procedure F and 46 U.S.C. section 30529 require a petitioner to provide security before commencing a limitation-of-liability action.  "That security may be 'a sum equal to the [] value of the owner's interest in the vessel and pending freight' or an alternative 'approved security.'" *In re Pet. of Paradise Fam., LLC*, No. 24-cv-1161, 2024 WL 3012981, at *2 (M.D. Fla. June 14, 2024) (alteration added; quoting Supp. R. F(1)).  An approved security may include an *ad interim* stipulation of value, which "is a vessel owner's statement of the value of the vessel and agreement to be liable for the vessel's value, backed up by an assurance from the vessel's insurer that it will pay the stated value[.]" *Id.* (alteration added; citing *Hartford Acc. & Indem. Co. of Hartford v. S. Pac. Co.*, 273 U.S. 207, 218–19 (1927)).

Petitioner initiated this action on February 7, 2025 (*see generally* Pet.) but has yet to post any form of security.  Accordingly, it is

**ORDERED** that Petitioner, BRP Corporate Services LLC shall furnish security for its vessel, in compliance with Supplemental Rule F and 46 U.S.C. section 30529, by **March 10, 2025**.  Failure to do so may result in **dismissal** of this case without prejudice and without further

CASE NO. 25-20577-CIV-ALTONAGA/Reid

notice.

**DONE AND ORDERED** in Miami, Florida, this 26th day of February, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record