UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20577-CIV-ALTONAGA/Reid

In re:
**THE COMPLAINT OF BRP**
**CORPORATE SERVICES LLC**
_____/

**ORDER**

**THIS CAUSE** came before the Court on the Motion for Order Approving Ad Interim Stipulation for Value . . . [ECF No. 9].  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 9]** is **GRANTED** as follows:

A Complaint for Exoneration From or Limitation of Liability ("Petition") [ECF No. 1] having been filed herein on the 7th day of February, 2025, by Petitioner, BRP Corporate Services LLC, as Owner of a 2016 27' Sailfish, Model 275 DC, HIN # YSIC0099J516, Florida Vessel Registration Number, FL 4080 TD, with Twin 2015 Mercury Marine 150 HP outboard motors bearing serial numbers 2B204985 and 2B210912, and other appurtenances ("Vessel"), for exoneration from and/or limitation of liability as provided for in the Act of Congress embodied in 46 U.S.C. Sections 30501 *et seq.* and pursuant to Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, together with the statutes supplemental thereto and amendatory thereof, and also contesting its liability independently of the limitation of liability claims under said Acts, Treaty or Code for any loss, damages, deaths, personal injuries, damage or destruction of property or other occurrences arising from the incidents which occurred on or about September 14, 2024, on the navigable waterways of the United States as further described in the Petition stating the alleged facts and circumstances on which such exoneration from or limitation of liability is claimed;

CASE NO. 25-20577-CIV-ALTONAGA/Reid

And Petitioner having deposited with the Court as security for the benefit of Claims, an *Ad Interim* Stipulation of Value [ECF No. 10] supported by a Letter of Undertaking not less than or equal to the amount or value of its interest in the Vessel or the Vessel, as required by the rules of this Court and by the law;

**IT IS ORDERED** that the *Ad Interim* Stipulation for the value of Petitioner's interest in the Vessel, in the amount of $96,320.00, including costs of court and interest at the rate of six percent (6%) per annum from date hereof, and filed by Petitioner, is accepted as the *Ad Interim* Stipulation for the purpose of this action and is approved as to form and quantum.

**IT IS FURTHER ORDERED** that Petitioner and any claimant who may properly become a party hereto may contest the amount of value of Petitioner's interest in the Limitation Vessel as fixed in the *Ad Interim* Stipulation, subject to such increases or decreases in the amount of such Stipulation, together with adequate security, as the Court may from time to time order according to the rules and practices of this Court.

**IT IS FURTHER ORDERED** that if the amount of the *Ad Interim* Stipulation is not contested by any claimant, the Stipulation shall stand as a Stipulation for Value and an appraisal by a commissioner will not be required.

**NOW, THEREFORE**, it is ordered that a Monition will issue out of and under the seal of this Court against all persons or corporations claiming damage for any and all loss, destruction, damage, injuries, and/or death allegedly as a result of the occurrences and happenings recited in the Petition, to file their respective claims with the Clerk of this Court and to serve on or mail to the attorneys for Petitioner copies thereof on or before **April 11, 2025**; all persons or corporations so presenting claims and desiring to contest the allegations of the Petition shall file an answer to

CASE NO. 25-20577-CIV-ALTONAGA/Reid

the Petition in this Court and shall serve on or mail to the attorneys for the Petitioner copies thereof, or be defaulted.

**IT IS FURTHER ORDERED** that a public notice of the Monition will be given by publication as required by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of Florida, once each week for four successive weeks in *The Miami Herald* prior to the date fixed for the filing of claims in accordance with Supplemental Rule F and that not later than the date of the second weekly publication, a copy of the notice to be mailed by Petitioner to every person or corporation known by the Petitioner to have a claim against Petitioner arising out of the incidents set forth in the Petition.

**IT IS FURTHER ORDERED** that the commencement or further prosecution of any action, suit or proceeding in any court whatsoever, and the institution and prosecution of any suits, actions or legal proceedings, of any nature or description whatsoever, in any court whatsoever, except in these proceedings, in respect to any claim arising out of, or connected with the casualty set forth in the Petition herein, be and the same are **STAYED AND RESTRAINED** until the final determination of this proceeding.

**IT IS FINALLY ORDERED** that the service of this Order as a restraining order in this District may be made in the usual manner as any other district of the United States by delivery by the Marshal of the United States for such District of a certified copy of this Order on the person or persons to be restrained or to their respective attorneys, or alternatively, by mailing a conformed copy of it to the person or persons to be restrained or to their respective attorney.

CASE NO. 25-20577-CIV-ALTONAGA/Reid

**DONE AND ORDERED** in Miami, Florida, this 11th day of March, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record