**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-20577-CIV-ALTONAGA/Reid**

In re:
**THE COMPLAINT OF BRP**
**CORPORATE SERVICES LLC**
_____ /

**NOTICE TO CLAIMANTS OF PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

Notice is given that Petitioner, BRP Corporate Services LLC has filed a Complaint [ECF No. 1] ("Petition") pursuant to 46 U.S.C. Section 30501 *et seq.*, for Exoneration from or Limitation of Liability for all claims for any damages or injuries, arising out of, or occurring as a result of an incident on the navigable waters of the United States on or about September 14, 2024 allegedly involving a 2016 27' Sailfish, Model 275 DC, HIN # YSIC0099J516, Florida Vessel Registration Number, FL 4080 TD, with twin 2015 Mercury Marine 150 HP outboard motors bearing Serial numbers 2B204985 and 2B210912, and other appurtenances ("Vessel"), as more fully described in the Petition for Exoneration from Limitation of Liability.

All persons having such claims must file their respective claims, as provided by Supplemental Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of Court in writing and must serve a copy thereof on attorneys for Petitioner on or before **April 11, 2025** or be defaulted. Personal attendance is not required.

Any claimant who desires to contest either the right to Exoneration from or the right to Limitation of Liability shall file and serve on attorneys for Petitioner an answer to the

CASE NO. 25-20577-CIV-ALTONAGA/Reid

Petition, on or before the aforesaid date, unless the claim includes an answer, so designated, or be defaulted.

**DONE AND ORDERED** in Miami, Florida, this 11th day of March, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record