UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20577-CIV-ALTONAGA/Reid

In re:
**THE COMPLAINT OF BRP**
**CORPORATE SERVICES LLC**
_____/

## MONITION AND INJUNCTION

TO THE MARSHAL OF THE UNITED STATES OF AMERICA FOR THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA:

**WHEREAS** a Complaint for Exoneration From or Limitation of Liability ("Petition") [ECF No. 1] was filed in the United States District Court for the Southern District of Florida on February 7, 2025, by Petitioner, BRP Corporate Services LLC, as Owner of a 2016 27' Sailfish, Model 275 DC, HIN # YSIC0099J516, Florida Vessel Registration Number, FL 4080 TD, with twin 2015, Mercury Marine 150 HP outboard motors bearing serial numbers # 2B204985 and 2B210912, and other appurtenances ("Vessel"), claiming the benefit of exoneration from or limitation of liability according to law and as provided in 46 U.S.C. Sections 30501 *et seq.* and Supplemental Rule F, and the statutes supplemental thereto and amendatory thereof, and also contesting liability independently of the limitation of liability claimed in said Petition for any loss, damage or injury arising out of or occurring on or about September 14, 2024, as described in the Petition for Exoneration from or Limitation of Liability, and said Petition also stating the facts and circumstances upon which said exoneration from or limitation or liability is claimed, and *Ad Interim* Stipulation for Value [ECF No. 10] in the form of a Letter of Undertaking, executed for no more than the amount of $96,320.00 U.S. Dollars, representing the post-casualty value of the vessel plus interest at six percent per annum and costs plus having been filed herein, and

CASE NO. 25-20577-CIV-ALTONAGA/Reid

**WHEREAS**, the Court has Ordered that the *Ad Interim* Stipulation for Value is approved and shall stand as security for all claims against Petitioner and the Vessel in this proceeding, and

**WHEREAS**, the Court has Ordered that Monitions issue out of and under the seal of this Court against all persons claiming damages for any and all loss, damage or injury arising out of or occurring on or about September 14, 2024, on navigable waters of the United States as described in the Petition for Exoneration from or Limitation of Liability, citing them to appear before and to file their claims with the Clerk of this Court in writing and under oath, and to serve copies thereof upon attorneys for the Petitioner **on or before April 11, 2025**, and directing that any such persons, or their representatives, claiming damages as aforesaid who shall desire to contest the claim of Petitioner, shall answer said Petition, and

**WHEREAS** Petitioner seeks protection against suits outside of this limitation proceeding as permitted by 46 U.S.C. Section 30501 *et seq.,* and Supplemental Rule F, and the Court having granted an injunction against such suits,

**YOU ARE, THEREFORE, COMMANDED** to cite all persons claiming damages for any and all loss, damage, injury, and destruction arising out of or occurring on or about September 14, 2024 in the navigable waters of the United States as described in the Petition for Exoneration from or Limitation of Liability, to appear before this Honorable Court and to file their claims with the Clerk of this Court in writing and under oath, and to serve copies thereof upon J. Michael Pennekamp and Christine M. Walker, Esq. of Fowler White Burett, P.A., Attorneys for Petitioner, 201 South Biscayne Blvd., 20th Floor, Miami, FL 33131, **on or before April 11, 2025**, and if any such persons or their personal representatives shall desire to contest the claims of Petitioner, to file an Answer to the Petition for Exoneration from or Limitation of Liability on or before such date,

CASE NO. 25-20577-CIV-ALTONAGA/Reid

or within such further time as the Court may grant, and to have such other and further relief as may be due them.

**DONE AND ORDERED** in Miami, Florida, this 11th day of March, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record