UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20577-CIV-ALTONAGA/Reid

IN THE MATTER OF THE COMPLAINT OF
BRP CORPORATE SERVICES LLC, AS OWNER
OF A 2016 27' SAILFISH, MODEL 275 DC, HIN
# YS IC0 0 9 9 J5 1 6, FLORIDA VESSEL
REGISTRATION NUMBER, FL 4080 TD, WITH
TWIN 2015, MERCURY MARINE 150 HP
OUTBOARDS, SERIAL # 2B204985 AND
2B210912, AND OTHER APPURTENANCES
FOR EXONERATION FROM OR LIMITATION
OF LIABILITY,
_____/

**ORDER REQUIRING SCHEDULING REPORT
AND CERTIFICATES OF INTERESTED PARTIES**[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **April 15, 2025**. In addition, by **April 15, 2025**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in Miami, Florida, this 4th day of April, 2025.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

---

[1] The parties must not include Chief Judge Altonaga and U.S. Magistrate Judge Reid as interested parties unless they have an interest in the litigation.