UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (Miami)

CIVIL DOCKET FOR CASE #: 1:25-cv-20577-CMA

IN THE MATTER OF THE COMPLAINT OF BRP CORPORATE SERVICES LLC, AS OWNER OF A 2016 27' SAILFISH, MODEL 275 DC, HIN # YSIC0099J516, FLORIDA VESSEL REGISTRATION NUMBER, FL 4080 TD, WITH TWIN 2015, MERCURY MARINE 150 HP OUTBOARDS, SERIAL # 2B204985 AND 2B210912, AND OTHER APPURTENANCES FOR EXONERATION FROM OR LIMITATION OF LIABILITY.

**CLAIMANT CRYSTHEL LENDOIRO'S CERTIFICATE OF INTERESTED PARTIES**

COMES NOW, Claimant Crysthel Lendoiro by and through her undersigned counsel and pursuant to Federal Rules of Civil Procedure 7.1 here by Files. It's certificate of interested parties as follows:

1. The name of each person, attorney, associate a persons, firm, law, firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerate, affiliates, corporations, publicly traded companies that own 10% or more of a party stock and all other identifiable legal entities related to any parties in this case:

a. Crysthel Lendoiro, Claimant

b. Law Offices of William R Jones III P.A.

c. William R Jones, counsel for Claimant

d. BRP CORPORATE SERVICES LLC

e. Charles Patton, authorized manager of BRP CORPORATE SERVICES LLC

f. FOWLER WHITE BURNETT,P.A.

g. John Michael Pennekamp Esq. counsel for Limitation Plaintiff

h. Christine Margaret Walker, Esq., Counsel for Limitation Plaintiff

2. The name of every other entity, whose publicly traded-stock, equity, or debt may be substantially affected by the outcome of the proceedings:

No others known at this time

3. The name of every other entity, which is likely to be an active participant in the proceedings, including the debtor or members of the creditors committee(or 20 largest unsecured creditors) in bankruptcy cases;

None

4. The name of each victim of civil and criminal conduct the alleged to be wrongful, including every person who may be entitled to restitution.

None other than listed above

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hear by certify that on April 9, 2025, I filed a true and correct copy of the foregoing documents with the clerk of the court using the CM/ECF system. I also certified that the foregoing document is being served this day on all council of record by CM/ECF.

Respectfully submitted,

/s/ *William R. Jones, III*
 **LAW OFFICES OF WILLIAM R. JONES, III**
WILLIAM R. JONES, III, ESQ.
9100 S. Dadeland Blvd., Suite 1702
Miami, FL 33156
(305) 670-9004
(305) 670-0015 - fax
Fla. Bar No. 372293
For Electronic Service:
Randy@wrjoneslaw.com
***Counsel for the Plaintiff***