UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN ADMIRALTY

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BRP CORPORATE SERVICES LLC, AS OWNER OF A 2016 27' SAILFISH, MODEL 275 DC, HIN # YSIC0099J516, FLORIDA VESSEL REGISTRATION NUMBER, FL 4080 TD, WITH TWIN 2015, MERCURY MARINE 150 HP OUTBOARDS, SERIAL # 2B204985 AND 2B210912, AND OTHER APPURTENANCES FOR EXONERATION FROM OF LIMITATION OF LIABILITY<br><br>Petitioner. | CASE NO. 1:25-cv-20577-CMA-LMR |

## SCHEDULE JOINTLY PROPOSED BY THE PARTIES

The Parties propose to adhere to the following schedule:

| | |
|---|---|
| June 12, 2025 | The Parties shall file motions to amend pleadings or join Parties. |
| May 16, 2025 | The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26. |
| May 23, 2025 | The Parties shall file a notice of selection of a mediator and scheduling of a time, date and place for mediation |
| February 23, 2026 | Claimant Crysthel Lendoiro shall disclose any experts, including expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| March 23, 2026 | Petitioner and all other Claimants shall disclose any experts, including expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| April 20, 2026 | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Fed. R. Civ. P. 26(a)(2). |
| May 4, 2026 | The Parties shall complete all discovery, including expert discovery. |

CASE NO. 1:25-cv-20577-CMA-LMR

|  |  |
|---|---|
| May 4, 2026 | The Parties shall complete mediation and file a mediation report with the Court. |
| May 4, 2026 | The Parties shall each file one motion in limine. |
| May 18, 2026 | The Parties shall file all dispositive pre-trial motions and memoranda of law. The Parties shall also file any motions to strike or exclude expert testimony, whether based on Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), or any another basis. |
| June 29, 2026 | The Parties shall file their joint pretrial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and (e). The Parties shall also file proposed jury instructions and a proposed verdict form, or statement of fact and conclusions of law (for non-jury trials). |
| July 20, 2026 | Call of the Trial Calendar. |
| July 27, 2026 | Proposed Trial Date. |